**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

    vs.                                          Cr. No.: 97-CR-082-43(SEC)

**SAMUEL DELGADO-ALMODOVAR,**
**T/N: SAM HUMBERTO DELGADO-ALMODOVAR**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**SUPPLEMENT TO MOTION FILED ON OCTOBER 16, 2006**
**AND REQUEST FOR A WRIT OF HABEAS CORPUS**

**TO THE HONORABLE SALVADOR E. CASELLAS**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER** of this Court, respectively informing as follows:

      On October 16, 2006, a motion was filed notifying the Court of the offender's non-compliant behavior and requested a warrant be issued for his arrest. On November 2, 2006, the Court granted our petition and issued a warrant for the offender's arrest. On March 23, 2007, the U.S. Marshal Service notified this officer that they had located Mr. Delgado-Almodovar. He was being held at the Ponce Correctional Complex for new criminal charges of which the Probation Office was unaware of. The U.S. Marshals lodged the warrant as a detainer with the Centro de Ingreso # 676 of the Ponce Correctional Complex.

A criminal record check revealed that Mr. Delgado-Almodovar was arrested on two separate occasions, in Ponce, P.R., for Violation of the Puerto Rico Controlled Substance Law Article 401. The first arrest took place on December 10, 2006, at approximately 1035 hours. Mr. Delgado-Almodovar was arrested by the Ponce Police Drug and Narcotics Unit for Possession with Intent to Distribute Heroin. Taken into evidence were eighteen folded aluminum foil packets and $80.00.

The second arrest took place on January 4, 2007, at approximately 1515 hours. Mr. Delgado-Almodovar was out on bail when he was arrested by the Ponce Police Drug and Narcotics Unit for Possession with Intent to Distribute Cocaine. Taken into evidence were ten transparent, small, plastic bags which contained crack cocaine and $317.00.

**WHEREFORE**, it is respectfully requested that the Court issue a writ of habeas corpus ordering the Warden of the Centro de Ingresos 676 located at the Ponce Correctional Complex, Sector Las Cucharras, on Road #2 in Ponce, Puerto Rico, to release the offender to the custody of the United States Marshal, so that he may appear in Court for final revocations proceedings.

In San Juan, Puerto Rico, this 18th day of June 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S/ Malissa Y. Aponte*
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
787-294-1648
787-766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dina Avila, Assistant U.S. Attorney and Luis A. Guzmán, Esquire.

At San Juan, Puerto Rico, this 18th day of June 2007.

S/*Malissa Aponte*
U.S. Probation Officer
Federal Office Building
150 Ave. Carlos Chardón, Rm 400
San Juan PR  00918-1741
787-294-1648
787-766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov