# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                              **CRIMINAL. NO. 97-82 (43)(SEC)**

**SAMUEL DELGADO-ALMODOVAR**

-------------------------------------------------

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    The United States Marshal
      and Warden of the Centro Ingresos 676
      located at the Ponce Correctional Complex,
      Sector Las Cucharras, on Road #2
      Ponce, Puerto Rico

    We command you, the Warden of the Centro de Ingresos #676 located at the Ponce Correctional Complex, Sector Las Cucharas, on Road #2 in Ponce, Puerto Rico, to release SAMUEL DELGADO-ALMODOVAR to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Lesbia Maldonado, Acting US Marshal for the District of Puerto Rico, to have the body of SAMUEL DELGADO-ALMODOVAR and take him under your custody under safe and secure conduct, and remove the said SAMUEL DELGADO-ALMODOVAR forthwith and bring him to the **Magistrate Judge on duty** for a scheduling of a Preliminary Revocation Hearing before Honorable Justo Arenas, U.S. District Magistrate Judge, at the Federico Degetau Courthouse and Federal Building**,** Hato

Criminal 97-82 (43)(SEC) USA vs. Samuel Delgado-Almodovar

Rey, Puerto Rico, and any subsequent days thereafter, and that you safely and securely return said SAMUEL DELGADO-ALMODOVAR, to the custody of the Warden, Complejo Correccional Ponce 676, Sector Las Cucharras, on Road #2, Ponce, Puerto Rico.

        WITNESS the Honorable Salvador E. Casellas.
        U. S. District Judge, United States
        District Court for the District of
        Puerto Rico, at San Juan, Puerto Rico
        and the Seal of said Court,
        this 19th day of June, 2007.

        FRANCES RIOS DE MORAN
        Clerk, U. S. District Court for
        the District of Puerto Rico

        By:    s/ Sulma López-Defilló
                     Deputy Clerk