IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

       v.                         CRIMINAL NO. 97-082 (SEC)

**SAMUEL DELGADO-ALMODOVAR,**
    Defendant

## Motion Requesting Revocation Hearing

HONORABLE SALVADOR E. CASELLAS
UNITED STATES CHIEF DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    **COMES NOW, SAMUEL DELGADO**, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays as follows:

    1. On November 8, 2008, the hearing for the revocation of the supervised release of Mr. Delgado was continued *sine die*.

    2. Mr. Delgado has been under arrest since October 16, 2008.

    3. The defendant's local case is still pending and the end of it is still not in the horizon.

    4. The defendant respectfully requests this Honorable Court to set a date for the revocation hearing, where he can admit to a type C violation. Probation Officer Malisa Aponte has no objection to the aforementioned request.

    **WHEREFORE**, it is respectfully requested that this Honorable Court set a date at which the revocation hearing can be held.

    **I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the parties of record.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, June 17th, 2008.

**Criminal No. 97-082 (SEC)**                                                          **Page 2**

JOSEPH C. LAWS, JR.
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF PUERTO RICO


*S/Max Pérez-Bouret*
MAX PÉREZ-BOURET
USDC-PR 222612
AFPD for Defendant
241 Franklin D. Roosevelt Avenue
San Juan, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : Max_Pérez@fd.org