# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO          DATE: JULY 3, 2008

COURT REPORTER: FTR/SLD                        **CRIM. NO. 97-82 (43)(SEC)**

COURT INTERPRETER: EDNA BRAYFIELD
========================================================================

                                         <u>Attorneys:</u>

UNITED STATES OF AMERICA               AUSA, CHARLES WALSH
vs.

**SAMUEL DELGADO-ALMODOVAR**           AFPD, MAX PEREZ-BOURET
U/C 15707-069

========================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__ Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON OCTOBER 7, 1999 is REVOKED**.

**SENTENCE**: Imprisonment for TIME SERVED.


                                            *S/ Sulma López-Defilló*
                                             Courtroom Deputy