✎ AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE      District of      PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **SAMUEL DELGADO-ALMODOVAR** | Case Number: 97-CR-82 (43)(SEC) |
| | USM Number: 15707-069 |
| | AFPD, MAX PEREZ-BOURET |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Statutory and Standard   of the term of supervision.

☐   was found in violation of condition(s)     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Additional Standard Condition | Failure to participate in a substance abuse treatment program and to submit urinalysis analysis as ordered by USPO. | 05/01/06. |
| Standard Condition #2 | Failure to report to USPO and complete written report within the first five days of each month. | Since March 2006 |
| Standard Condition #7 | Failure to refrain from excessive use of alcohol and to not purchase, posses, use, distribute any controlled substance. | 10/18/05; 11/09/05; 02/19/05; 03/24/06; 10/04/06 |
| Statutory Condition | Committed a criminal state crime. | 12/10/06; 01/04/07 |

     The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)     and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's Residence Address:

Defendant's Mailing Address:

July 3, 2008
Date of Imposition of Judgment

S/ *Salvador E. Casellas*
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

July 3, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:         SAMUEL DELGADO-ALMODOVAR
CASE NUMBER:       97-CR-082 (43) (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **TIME SERVED.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL